Page 1 of 1

# UNITED STATE DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# RECEIPT FOR PROPERTY

Case ID: 272G-CO-3117279

On (date) 8/21/2019

item(s) listed below were:
- ☒ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☐ Released To

(Name) PATEL ILABEN B

(Street Address) 311 OAKMONTE CIRCLE GREENWOOD, SC 296

(City)

**Description of Item(s):**

I Phone S FCC ID: BCGE2946A

Purchase agreement Aksharpatilne

Real estate paperwork

4-USB Drives

Handwritten ledger

Foreign handwritten note

Miscellaneous business and accounting docments

CPU 201044052P4S5

Apple I Phone in red Otterbox

Apple Computer S/N D25RR0P4GG7D

Kodak 14 Mega Pixels AF 3X optical Asheric lens and Kingston Micro SD adapter

Toshiba SDHC 8 GB memory card

Received By: _(signature)_

Printed Name/Title: ANDREW GRIFFIN /SA FBI

Received From: _(signature)_

Printed Name/Title: Hem Peter